No. 93–1006. HIGAREDA ET AL. *v.* UNITED STATES POSTAL SERVICE. C. A. 5th Cir. Certiorari denied.

No. 93–1022. REXROAT *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–1025. NICKERSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–1029. WILSON ET AL. *v.* DEPARTMENT OF AGRICULTURE. C. A. 5th Cir. Certiorari denied.

No. 93–1043. VELDHUIZEN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–1052. FLEMING *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–1056. DIGIAN *v.* CLINTON. C. A. 3d Cir. Certiorari denied.

No. 93–1086. WALSH *v.* WARD; and
No. 93–7548. WARD *v.* WALSH. C. A. 9th Cir. Certiorari denied.

No. 93–1119. IN RE GESCHKE ET AL. C. A. 7th Cir. Certiorari denied.

No. 93–1150. CARROLL *v.* CALIFORNIA. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 93–1153. MIXON *v.* FRANKLIN COUNTY, IDAHO, ET AL. C. A. 9th Cir. Certiorari denied.